UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MICHAEL DEAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. McDONALD,<br><br>　　　　Respondent. | Case No.: 1:11-cv-00970-LJO-JLT<br><br>ORDER GRANTING PETITIONER'S MOTION TO FILE OVERSIZED BRIEF (Doc. 26) |

Petitioner is a state prisoner proceeding through retained counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 13, 2011, Respondent filed an Answer in this case. (Doc. 22). On November 14, 2011, Petitioner filed his Traverse and supporting memorandum of authorities. (Doc. 27). Along with the Traverse, Petitioner filed the instant motion to file an oversized brief in support of the Traverse. (Doc. 26). Although the clerk of the Court filed the Traverse and supporting brief as submitted, thus making the instant motion moot, the Court will nevertheless grant the motion *nunc pro tunc* to November 14, 2011.

///

///

///

1

Accordingly, the Court HEREBY ORDERS as follows:

1. Petitioner's motion to file an oversized brief in support of his Traverse (Doc. 26), is GRANTED *nunc pro tunc* to November 14, 2011.

IT IS SO ORDERED.

Dated:   **June 6, 2012**                                         /s/ Jennifer L. Thurston
                                                                         UNITED STATES MAGISTRATE JUDGE