UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MICHAEL DEAN,<br><br>   Petitioner,<br><br>   v.<br><br>M. McDONALD,<br><br>   Respondent. | Case No.: 1:11-cv-00970-LJO-JLT<br><br>ORDER DENYING PETITIONER'S MOTION REQUESTING CASE STATUS  (Doc. 32) |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**PROCEDURAL HISTORY**

The instant petition was filed on June 3, 2011. (Doc. 1). On June 15, 2011, the Court ordered Respondent to file a response. (Doc. 8). On September 13, 2011, Respondent filed his Answer. (Doc. 22). On November 14, 2011, Petitioner filed his Traverse. (Doc. 27). The matter was then placed on the Court's list of cases ready for a decision on the merits. On June 28, 2013, Petitioner filed the instant motion for a copy of the Court's docket report. (Doc. 32). The motion indicates that Petitioner will be transferred shortly to another facility, that he has not heard from the Court regarding the Findings and Recommendations on the merits of the petition, and that he does not want to miss any deadlines. Given the nature of Petitioner's allegations, the Court construes the motion as a request for

1

the status of his case.

Case management at the court proceeds by the order cases are received. The Court is aware of the existence of Petitioner's case and the length of time that it has been pending on the list of cases ready for a merits decision. However, due to the enormous caseload of the Court, and the Court's detailed and diligent handling of each individual case, a Court decision often takes time. Petitioner's case will be ruled on in due course.

As noted in the Litigant Letter served on Petitioner shortly after the filing of the Petition, the Court will not respond to individual inquiries regarding the status of a particular case. Petitioner was informed at the outset that the Court would notify him as soon as any action is taken in his case and that *as long as Petitioner keeps the Court informed of his current address*, he will receive **all** decisions that might affect the status of his case. Moreover, the Court has no formal procedures for supplying inmates with copies of the Court's docket. The docket for this case can be viewed on-line at the Court's main website.

Accordingly, the Request for Status is DENIED.

IT IS SO ORDERED.

Dated:   **July 31, 2013**              /s/ **Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE